FILED

2023 APR 17 AM 11: 41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 23-01825 |
| v. | 23-5235-JGD |
| Lifeng Wu | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Judith Gail Dein, U.S. Magistrate Judge
in the District of Massachusetts on April 12, 2023
at 4:08 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about March 2021 through June 2022
in violation of Title 18 U.S.C., Section(s) 1956, 1960
to wit: money laundering conspiracy and conducting unlicensed money transmitting business

A warrant for defendant's arrest was issued by: Judith Gail Dein, U.S. Magistrate Judge

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/15/23
               Date

_[signature]_
Signature of Agent

Brady O'Donnell
Print Name of Agent

DEA
Agency

Special Agent
Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT